981 A.2d 1280

Timothy RAVENELL, Petitioner

v.

PA DEPT. OF CORRECTIONS, Respondent.

No. 122 EM 2009.

Supreme Court of Pennsylvania.

Sept. 15, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

981 A.2d 1281

Allen R. JOHNSON, Petitioner

v.

COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Sept. 15, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of September, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is denied.